___



SO ORDERED,

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: July 29, 2014**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JOHN R. BURKS,                                                                        CASE NO. 13-00215-NPO

DEBTOR.                                                                                      CHAPTER 7

### ORDER GRANTING MOTION TO REJECT EXECUTORY CONTRACT

This matter came before this Court for hearing on July 28, 2014, on the Motion to Reject Executory Contract (the "Motion") (Dkt. #48) filed by David B. Turner and Joseph C. Creely in the above-styled bankruptcy case.  The alleged executory contract is the Operating Agreement of Vick-Mad, LLC (the "Agreement") attached as Exhibit "A" to the Motion.  No objections were filed in response to the Motion.  Therefore, to the extent that the Agreement is an executory contract, the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion is hereby granted.

IT IS FURTHER ORDERED that the Agreement is hereby rejected pursuant to 11 U.S.C. § 365.

##END OF ORDER##